[No. 34449-1-II.   Division Two.   May 15, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY L. SHERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-1-00587-7, David E. Foscue, J., entered February 13, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, J.; Armstrong, J., concurring separately.

[Nos. 34533-1-II; 34534-0-II.   Division Two.   May 15, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER MICHAEL KNOBLOCK, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. CALEB JOEL TUCKER, *Appellant*.

Appeals from a judgment of the Superior Court for Thurston County, No. 05-1-02456-2, Richard A. Strophy, J., entered March 14, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Penoyar, JJ.

[No. 34539-1-II.   Division Two.   May 15, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LELAND JERMAINE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-02265-7, Bryan E. Chushcoff, J., entered March 10, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.